**HOLLY A. SULLIVAN**
California State Bar No. 216376
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Holly_Sullivan@fd.org

Attorneys for Jay Smith

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 22-mj-08404-WVG |
| Plaintiff, | **NOTICE OF APPEARANCE AS LEAD COUNSEL** |
| v. | |
| JAY SMITH, | |
| Defendant. | |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Holly A. Sullivan, Federal Defenders of San Diego, Inc., hereby gives notice that she is lead counsel in the above-captioned case.

Respectfully submitted,

Dated: June 15, 2022    *s/ Holly A. Sullivan*
Federal Defenders of San Diego, Inc.
Attorneys Jay Smith
Email: Holly_Sullivan@fd.org

1                                          22-mj-08404-WVG