**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. _____ |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl) (Felony) |
| JAY SMITH, | |
| Defendant. | |

The United States Attorney charges:

<u>Count 1</u>

On or about June 13, 2022, within the Southern District of California, defendant, JAY SMITH, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

ALBR:kot:7/5/2022

<u>Count 2</u>

On or about June 13, 2022, within the Southern District of California, defendant, JAY SMITH, did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 7/5/2022            .

RANDY S. GROSSMAN
United States Attorney

*Amy L. Brammell*

AMY L. BRAMMELL
Assistant U.S. Attorney